# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GARY RHINES,                              :

            Petitioner          :        CIVIL ACTION NO. 3:20-0809

    v.                                   :                (JUDGE MANNION)

                                 :

Federal Bureau of Prisons,                :

          Respondent            :

                                 :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 16, 2020**
20-0809-01